# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| **REBECCA BRANUM, individually, and on behalf of all others similarly situated,** | )<br>)<br>) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 1:21-cv-105 SNLJ |
| **MIDLAND CREDIT MGMT., INC.,** | ) |
| **Defendants.** | ) |

## ORDER

In accordance with the Memorandum and Order entered today, it is hereby ordered that this matter is DISMISSED.

Dated this 4th day of August, 2022.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE